UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SANTIAGO CRUZ,<br>        Plaintiff,<br><br>    v.<br><br>ZAHED UDDIN AHMED,<br>        Defendant. | Case No. 15-cv-01855-KAW (NJV)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 36 |

On June 15, 2016, the court entered an order granting Plaintiff's request to appear at his settlement conference via video and denying his request for inmate assistance during the settlement conference. (Doc. 35.) Plaintiff now moves for reconsideration of the portion of the court's order denying inmate assistance during the settlement conference. Plaintiff states that his inmate assistant will act as his "paralegal," assisting him with documents, reading, statements, and in remembering events. Plaintiff states that he is unable to comprehend issues of law, cannot remember specific times, dates or occurrences, and is subject to uncontrollable outbursts when faced with difficult situations.

The court will not allow Plaintiff's assistant, a non-party who is not a licensed attorney, to attend the settlement conference, particularly under the circumstances Plaintiff has stated exist. Plaintiff's self-described difficulties indicate that, if present, his assistant could easily stray into the role of legal counsel. This would constitute the unlicensed practice of law and cannot be

1  sanctioned by the court.
2  Accordingly, Plaintiff's motion for reconsideration is HEREBY DENIED.
3  **IT IS SO ORDERED**.
4  Dated: July 22, 2016



NANDOR J. VADAS
United States Magistrate Judge