**United States District Court**
For the Northern District of California

1
2
3
4
5               UNITED STATES DISTRICT COURT
6               NORTHERN DISTRICT OF CALIFORNIA
7                      EUREKA DIVISION
8
9   SANTIAGO CRUZ,                          No. 15-CV-01855 KAW (NJV)
10          Plaintiff,                      ORDER AND WRIT OF HABEAS
                                            CORPUS AD TESTIFICANDUM
        v.
11
    ZAHED UDDIN AHMED, et al.,
12
            Defendants.
13  _____/
14
    It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the
15
    person of SANTIAGO CRUZ, inmate no. K75616, presently in custody at Correctional Training
16
    Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and
17
    thereafter as may be required
18
19
    Dated: October 7, 2016                  _____
20                                          NANDOR J. VADAS
                                            United States Magistrate Judge
21
22
23              THE PRESIDENT OF THE UNITED STATES OF AMERICA
    TO:   Warden, Correctional Training Facility
24
                                 GREETINGS
25
    WE COMMAND that you have and produce the body of SANTIAGO CRUZ, inmate no. K75616, in
26
    your custody in the hereinabove-mentioned institution, before the United States District Court at Solano
27
    State Prison, at  11:00 a.m., on November 10, 2016, in order that said prisoner may then and there
28
    participate in the SETTLEMENT CONFERENCE in the matter of  Cruz v. Ahmed, et al., and at the

**United States District Court**

For the Northern District of California

1  termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by

2  such order of the above-entitled Court as shall thereafter be made concerning the custody of said

3  prisoner, and further to produce said prisoner at all times necessary until the termination of the

4  proceedings for which his testimony is required in this Court;

5         Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

6  for the Northern District of California.

7

8  Dated: October 7, 2016

9                              SUSAN Y. SONG
                               CLERK, UNITED STATES DISTRICT COURT

10

11                              By: Linn Van Meter
                                Administrative Law Clerk

12

13

14

15  Dated: October 7, 2016



16                              NA___
                            United

17

18

19

20

21

22

23

24

25

26

27

28