UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO CRUZ,<br><br>        Plaintiff,<br><br>  v.<br><br>ZAHED UDDIN AHMED,<br><br>        Defendant. | Case No. 4:15-cv-01855-KAW<br><br>**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE** |

On February 3, 2017, the Court appointed counsel for Plaintiff Santiago Cruz for all purposes for the duration of the instant case. (Dkt. No. 52.) The Court also issued a stay for four weeks. As four weeks have passed, the Court LIFTS the stay and sets a case management conference for **June 20, 2017** at 1:30 p.m. The joint case management conference statement is due on June 13, 2017.

Additionally, Plaintiff's counsel shall advise their client that letters to the Court are improper now that he is represented, and that copies of any documents or filings must be obtained through counsel.

IT IS SO ORDERED.

Dated: April 24, 2017

                                                                          KANDIS A. WESTMORE
                                                                          United States Magistrate Judge