R. MORGAN GILHULY (SBN 133659; mgilhuly@bargcoffin.com)
JULIA R. GRAESER (SBN 294117; jgraeser@bargcoffin.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Plaintiff SANTIAGO CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO CRUZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZAHED UDDIN AHMED,<br><br>　　　　Defendant. | Case No. 4:15-cv-01855-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, on June 23, 2017, the Court issued a Case Management and Pretrial Order for Jury Trial, which included October 27, 2017 as the last day to amend pleadings in the case;

WHEREAS, the parties are in the process of meeting and conferring over document requests to California Department of Corrections and Rehabilitation and California Correctional Health Care Services, and they anticipate taking depositions in late November or early December;

WHEREAS, the parties have agreed to extend the deadline to amend the pleadings until December 22, 2017 and respectfully request that this Court so order.

IT IS SO STIPULATED.

//

//

//

| | | |
|---|---|---|
| 1 | Dated: October 26, 2017 | Respectfully submitted, |
| 2 | | R. MORGAN GILHULY<br>JULIA R. GRAESER |
| 3 | | BARG COFFIN LEWIS & TRAPP, LLP |

Dated: October 26, 2017

Respectfully submitted,

R. MORGAN GILHULY
JULIA R. GRAESER
BARG COFFIN LEWIS & TRAPP, LLP

/s/ *Julia R. Graeser*

*Attorneys for Plaintiff Santiago Cruz*

Dated: October 26, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

/s/ *Rohit Kodical*

*Attorneys for Defendant Dr. Ahmed*

IT IS SO ORDERED.

Dated: 10/31/17

_____
The Honorable Kandis Westmore