R. MORGAN GILHULY (SBN 133659; mgilhuly@bargcoffin.com)
JULIA R. GRAESER (SBN 294117; jgraeser@bargcoffin.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Plaintiff SANTIAGO CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZAHED UDDIN AHMED,<br><br>　　　　Defendant. | Case No. 4:15-cv-01855-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, on June 23, 2017, the Court issued a Case Management and Pretrial Order for Jury Trial, which included October 27, 2017 as the last day to amend pleadings in the case;

WHEREAS, on October 26, 2017, the parties filed a stipulation and proposed order to extend the deadline to amend the pleadings until December 22, 2017, on grounds that document productions by California Department of Corrections and Rehabilitation and California Correctional Health Care Services in response to plaintiff's subpoenas were still ongoing and the parties anticipated depositions in late November or December;

WHEREAS, on October 31, 2017, this Court granted the parties' proposed order to extend the deadline to amend pleadings to December 22, 2017;

WHEREAS, California Department of Corrections and Rehabilitation's production of documents in response to Plaintiff's subpoena for business records is not yet complete;

WHEREAS, counsel for Defendant is now involved in a trial in early December and has

requested that depositions be scheduled in early January to accommodate his very limited availability in November and December;

WHEREAS, Plaintiff's counsel is willing to accommodate defense counsel's trial schedule, so long as Plaintiff is not prejudiced from filing a First Amended Complaint to add supervisory officers, should the facts support the addition of any such parties;

WHEREAS, the parties have agreed to further extend the deadline to amend the pleadings until January 31, 2018 in order to accommodate defense counsel's schedule and respectfully request that this Court so order.

IT IS SO STIPULATED.

Dated: November 14, 2017      Respectfully submitted,

R. MORGAN GILHULY
JULIA R. GRAESER
BARG COFFIN LEWIS & TRAPP, LLP


/s/ *Julia R. Graeser*

*Attorneys for Plaintiff Santiago Cruz*

Dated: November 14, 2017      Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General


/s/ *Rohit Kodical*

*Attorneys for Defendant Dr. Ahmed*

IT IS SO ORDERED.

Dated: 11/16/17      _____
The Honorable Kandis Westmore