1  XAVIER BECERRA
   Attorney General of California
2  JEFFREY R. VINCENT
   Supervising Deputy Attorney General
3  ROHIT S. KODICAL
   Deputy Attorney General
4  State Bar No. 215497
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone:  (510) 879-0282
    Fax:  (510) 622-2121
7   E-mail:  Rohit.Kodical@doj.ca.gov
   *Attorneys for Defendant Dr. Ahmed*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>ZAHED UDDIN AHMED, et al.<br><br>Defendant. | Case No. 4:15-cv-01855 (KAW)<br><br>**STIPULATION TO CONTINUE TRIAL AND MODIFY SCHEDULING ORDER; [PROPOSED] ORDER**<br><br>**AS MODIFIED**<br><br>Judge:  Hon. Kandis A. Westmore<br>Trial Date:  July 16, 2018<br>Action Filed:  April 4, 2016 |

Civil L.R. 40-1 provides that the Court may continue a scheduled trial date in response to a motion made in accordance with the provisions of Civil L.R. 7. Under Civil L.R. 7, motions include stipulations by the affected parties. (See Civil L.R. 7-1(a)(5) and 7-12.)

Pursuant to the Local Rules and this stipulation, the parties request an order continuing trial of this matter and modification of the current scheduling order. The parties' stipulation and request is based on the scheduling needs of both plaintiff and defense counsel.

On January 23, 2018, defendant's counsel underwent arthroscopic knee surgery, which required a longer-than-anticipated recovery period of two weeks. Thus, the parties were unable to

complete scheduled depositions necessary to evaluate and prepare dispositive motions and meaningfully engage in the settlement conference previously scheduled for February 23, 2018.

Defendant's counsel will undergo another knee operation in June 2018 with a recovery time of eight to twelve weeks, and will therefore be unavailable for trial and unable to devote adequate time and resources to prepare for trial on the currently scheduled date of July 16, 2018. Plaintiff's counsel is now also scheduled to begin a jury trial with multiple parties in a separate matter on July 2, 2018 and may also be unavailable for trial on the currently scheduled trial date and/or unable to devote adequate time and resources to prepare for trial.

Based on the foregoing, the parties request that the court continue trial of this matter from July 16, 2018 to October 9, 2018 and that the court vacate all presently set deadlines and hearings, including the settlement conference currently scheduled for February 21, 2018.

The parties request the following pre-trial schedule [**the Court's modifications are in bold**]:

| | |
|---|---|
| Non-expert Discovery Cut-off | April 13, 2018 |
| Expert Disclosure and Reports Provided | April 20, 2018 |
| Rebuttal Expert Disclosure and Reports Provided | May 11, 2018 |
| Expert Discovery Cutoff | June 8, 2018 |
| Last day to Hear Dispositive Motions | **July 19**, 2018 |
| Meet and Confer (re: pretrial conference) | August 20, 2018 |
| Joint Pretrial Statement / Trial Filings | August 30, 2018 |
| **Objections/Motions in Limine** | **September 14, 2018** |
| Pretrial Conference | September **26**, 2018 |
| Trial | October 9, 2018 |

Dated: January 25, 2018                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

/s/ *Rohit Kodical*

ROHIT KODICAL
Deputy Attorney General
*Attorneys for Defendant Dr. Ahmed*

Dated: January 25, 2018                    JULIA R. GRAESER

/s/ *Julia R. Graeser*

R. MORGAN GILHULY
JULIA R. GRAESER
BARG, COFFIN, LEWIS & TRAPP, LLP
*Attorneys for Plaintiff Santiago Cruz*

## ORDER

The stipulation is GRANTED AS MODIFIED.

IT IS SO ORDERED.

Dated: February 6, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge