UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO CRUZ,

          Plaintiff,

    v.

ZAHED UDDIN AHMED,

          Defendant.

Case No. 4:15-cv-01855-KAW

**ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 82

On April 16, 2018, the parties participated in a settlement conference where the case settled. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Additionally, the case management conference scheduled for May 8, 2018 is continued to July 17, 2018. The joint case management statement is due by July 10, 2018.

IT IS SO ORDERED.

Dated: April 24, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge