R. MORGAN GILHULY (SBN 133659; mgilhuly@bargcoffin.com)
JULIA R. GRAESER (SBN 294117; jgraeser@bargcoffin.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Plaintiff SANTIAGO CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO CRUZ,

    Plaintiff,

v.

ZAHED UDDIN AHMED,

    Defendant.

Case No. 4:15-cv-01855-KAW

**STIPULATION AND [PROPOSED] ORDER**  AS MODIFIED

WHEREAS, on April 16, 2018, the parties participated in a settlement conference where the case settled.

WHEREAS, on April 24, 2018, this Court issued an order that Plaintiff shall file a dismissal within 60 days of its order, absent any extension ordered by the Court.

WHEREAS, the parties are in the process of preparing the settlement agreement and are currently waiting on documentation of any restitution fines, orders, or related administrative fees that the Plaintiff may owe to the California Department of Corrections and Rehabilitation or other agency or department of the State of California for inclusion in the final settlement.

WHEREAS, the parties have agreed to extend the deadline for Plaintiff to file the dismissal until July 24, 2018 to provide sufficient time to complete settlement documentation and obtain the parties' signatures, and respectfully request that this Court so order.

IT IS SO STIPULATED.

//

//

//

Dated: June 19, 2018           Respectfully submitted,

                                          R. MORGAN GILHULY
                                          JULIA R. GRAESER
                                          BARG COFFIN LEWIS & TRAPP, LLP

                                          /s/ *Julia R. Graeser*

                                          *Attorneys for Plaintiff Santiago Cruz*

Dated: June 19, 2018           Respectfully submitted,

                                          XAVIER BECERRA
                                          Attorney General of California
                                          JEFFREY R. VINCENT
                                          Supervising Deputy Attorney General

                                          /s/ *Rohit Kodical*

                                          *Attorneys for Defendant Dr. Ahmed*

In light of the foregoing, the Court extends the deadline to file a dismissal to 7/24/18, and continues the 7/10/18 Case Management Conference to 8/28/18. The joint CMC statement is due by 8/21/18.

IT IS SO ORDERED.

Dated: 6/21/18                                 _____
                                          The Honorable Kandis Westmore