R. MORGAN GILHULY (SBN 133659; mgilhuly@bargcoffin.com)
JULIA R. GRAESER (SBN 294117; jgraeser@bargcoffin.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Plaintiff SANTIAGO CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO CRUZ, <br><br> Plaintiff, <br><br> v. <br><br> ZAHED UDDIN AHMED, <br><br> Defendant. | Case No. 4:15-cv-01855-KAW <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER** |

WHEREAS, on April 16, 2018, the parties participated in a settlement conference where the case settled in principal as to the monetary terms of the settlement.

WHEREAS, on April 24, 2018, this Court issued an order that Plaintiff shall file a dismissal within 60 days of its order, absent any extension ordered by the Court.

WHEREAS, on June 20, 2018, this Court signed the parties' Stipulation and Proposed Order to extend the deadline to file a dismissal for another 30 days.

WHEREAS, the parties' efforts at finalizing a settlement are being held up by the potential for outstanding liens against Plaintiff, which are presently unknown and which the California Department of Corrections and Rehabilitation ("CDCR") claims it has a legal obligation to satisfy from the settlement proceeds.

WHEREAS, Plaintiff and his attorneys have no information about the allegedly or

potentially outstanding liens against Plaintiff or the source of such liens, and they are unaware of and have not been provided with any statutory authority requiring payment of same from settlement proceeds.

WHEREAS, the parties have for the last few weeks been working to resolve this issue. Plaintiff's attorneys have proposed a modest revision to the settlement agreement to ensure that CDCR will deduct from the settlement only those outstanding liens (if any) that CDCR is required by law to satisfy on Plaintiff's behalf, and are awaiting a response from CDCR.

WHEREAS, the parties have agreed to extend the deadline for Plaintiff to file the dismissal until August 15, 2018 in hopes that the additional time will be sufficient for the parties to agree to the final terms of the settlement documentation and obtain the parties' signatures, and respectfully request that this Court so order.

IT IS SO STIPULATED.

Dated: July 20, 2018                 Respectfully submitted,

                                     R. MORGAN GILHULY
                                     JULIA R. GRAESER
                                     BARG COFFIN LEWIS & TRAPP, LLP

                                     _____
                                     /s/ *Julia R. Graeser*
                                     *Attorneys for Plaintiff Santiago Cruz*

Dated:  July 20, 2018                Respectfully submitted,

                                     XAVIER BECERRA
                                     Attorney General of California
                                     JEFFREY R. VINCENT
                                     Supervising Deputy Attorney General

                                     _____
                                     /s/ *Rohit Kodical*
                                     *Attorneys for Defendant Dr. Ahmed*

IT IS SO ORDERED.

Dated: 7/27/18                       *[signature: Kandis Westmore]*
                                     The Honorable Kandis Westmore

2