| | |
|---|---|
| 1 | R. MORGAN GILHULY (SBN 133659; mgilhuly@bargcoffin.com) |
| | JULIA R. GRAESER (SBN 294117; jgraeser@bargcoffin.com) |
| 2 | BARG COFFIN LEWIS & TRAPP, LLP |
| | 600 Montgomery Street, Suite 525 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 228-5400 |
| 4 | Fax: (415) 228-5450 |
| 5 | Attorneys for Plaintiff SANTIAGO CRUZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO CRUZ, | Case No. 4:15-cv-01855-KAW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| ZAHED UDDIN AHMED, | |
| Defendant. | |

**STIPULATION**

WHEREAS, on April 16, 2018, Plaintiff Santiago Cruz ("Plaintiff") and Defendant Dr. Zahed Uddin Ahmed ("Defendant") (collectively "Settling Parties") through their respective counsel participated in a settlement conference where the case settled in principal as to the monetary terms of the settlement.

WHEREAS the Settling Parties finalized a written settlement agreement in late July 2018 and have been in the process of obtaining signatures.

WHEREAS Plaintiff Cruz signed the final settlement agreement on August 2, 2018, and Dennis M. Beaty signed the settlement agreement on behalf of California Department of Corrections and Rehabilitation on August 21, 2018.

WHEREAS attached hereto as **Exhibit A** is a true and correct, fully executed copy of the settlement agreement;

| | |
|---|---|
| 1 | WHEREAS the Settling Parties agree and request that this Court retain jurisdiction until |
| 2 | settlement proceeds are paid pursuant to Paragraph 4 of the Agreement. |

WHEREAS the Settling Parties agree and request that this Court retain jurisdiction until settlement proceeds are paid pursuant to Paragraph 4 of the Agreement.

IT IS HEREBY STIPULATED AND AGREED by and between Settling Parties that the complaint and all causes of action against Defendant in the above-captioned action be and hereby are DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED that Settling Parties shall bear their own costs, and no Settling Party will seek to recover its attorney's fees and costs incurred in this action from any other Settling Party.

IT IS FURTHER STIPULATED that, pursuant to the Settling Parties' agreement, this Court shall retain jurisdiction with respect to disputes arising under the Agreement, namely the timely payment of settlement moneys.

IT IS FURTHER STIPULATED THAT, Defendant will notify this Court when payment has been made, and if notification of payment has not been made by August 21, 2019, that this Court shall set a Settlement Status Conference soon thereafter wherein Defendant must provide to the Court the status of payment and reason for delay.

IT IS SO STIPULATED.


Dated: August 21, 2018    Respectfully submitted,

R. MORGAN GILHULY
JULIA R. GRAESER
BARG COFFIN LEWIS & TRAPP, LLP


/s/ *Julia R. Graeser*
JULIA R. GRAESER
Attorneys for Plaintiff Santiago Cruz

Dated: August 21, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

/s/ *Rohit Kodical*
ROHIT KODICAL
Attorneys for Defendant Dr. Ahmed

IT IS SO ORDERED.

Dated: 8/22/18

*Kandis Westmore*
The Honorable Kandis Westmore

3